UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MICHAEL RHAMBO,

     Plaintiff,

v.

MARK D. SERVENTI,

     Defendant.

Case No.  5:23-cv-01005-SB-SP

ORDER TO SHOW CAUSE RE:
LACK OF PROSECUTION

Defendant was served on June 28, 2023, and its responsive pleading was due July 19, 2023.  Dkt. No. 7.  Defendant has failed to respond, and Plaintiff has not sought entry of default.  Plaintiff is ordered to show cause, in writing, no later than September 26, 2023, why this action should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before September 26, 2023, of an application for entry of  default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant.

IT IS SO ORDERED.

Date: September 19, 2023

                                             
Stanley Blumenfeld, Jr.
United States District Judge